### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | No. CRIM 06-27 |
| | ) | |
| **KEITH COLEMAN** | ) | |

### ORDER OF COURT

**AND NOW,** this 4th day of September 2008 upon consideration of the foregoing **MOTION FOR PRE-GUILT PRESENTENCE INVESTIGATION,** and with the consent of the Government, **IT IS HEREBY ORDERED** that the motion is and **GRANTED** and no later than October 20, 2008, the U.S. Probation Office is to complete and forward to the Court and respective counsel a copy of its Pre-Guilt Presentence Report, which shall be limited to the Defendant's criminal history and computation of his advisory criminal history score.

IT IS FURTHER ORDERED that the hearing on defendant's pretrial motions, scheduled for September 13, 2008, is continued to Friday, November 14, 2008 at 10 AM.

IT IS FURTHER ORDERED that the extension of time from the date of this order to November 14, 2008 shall be deemed excusable delay under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. Specifically, the Court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the Defendant to a speedy trial, 18 U.S.C. § 3161 (h) (1)(F), (I), (J), *et seq.,* since, for the reasons which are stated in Defendant's Motion, the granting of the Motion provides Defendant and counsel with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. § 3161 (h) (8) (B) (iv).

BY THE COURT,

United States District Judge

cc: All Counsel
    U.S. Probation
    U.S. Marshal