IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 06-27 |
| ) | |
| KEITH COLEMAN, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 18th day of December, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered March 13, 2006, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Monday, December 22, 2008 at 1 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the hearing on defendant's pretrial motions, set for January 12, 2009, is hereby cancelled.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Soo C. Song,
    Assistant United States Attorney

    James F. Donahue, Esquire
    101 East Diamond St.
    Suite 214
    Butler, PA 16001

    U.S. Marshal

    U.S. Pretrial Services

    U.S. Probation