PS 8
(pawp 1/2005)

# UNITED STATES DISTRICT COURT

for

Western District Of Pennsylvania

U.S.A. vs. Keith Coleman                    Docket No.    0315 2:06CR00027-001

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct of defendant Keith Coleman, who was placed under pretrial release supervision by the Honorable Gary L. Lancaster sitting in the COURT at Pittsburgh, PA, on the 22nd day of December, 2008, under the following conditions:

The defendant shall report to pretrial services as directed. He shall he not possess a firearm. He shall report any contact with law enforcement. He shall refrain from the unlawful use of possession of a controlled substance and shall submit to drug testing/treatment as directed by Pretrial Services. The defendant was ordered to not tamper with the drug testing results.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant tested positive for the use of a controlled substance on January 7, 12,14, 26, 2009, and on February 9, 2009. The defendant does not have a valid prescription for use of the substances. He has declined to attend an inpatient treatment program.

PRAYING THAT THE COURT WILL ORDER A HEARING BE SCHEDULED TO ADDRESS THE DEFENDANT'S NON-COMPLIANCE. SAID HEARING SHALL OCCUR ON FRIDAY, FEBRUARY 27, 2009 AT 2:30 PM IN COURTROOM #3A, 3RD FLOOR, U.S. COURTHOUSE, PITTSBURGH, PENNSYLVANIA.

ORDER OF COURT

Considered and ordered this 19th day of Feb, 2009, and ordered filed and made a part of the records in the above case.

Honorable Gary L. Lancaster
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 12, 2009

Rebecca Guenther
U.S. Pretrial Services Officer

Elaine M. Johnston
Supervising U.S. Pretrial Services/Probation Officer

Place    Pittsburgh,PA