IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | No. CRIM 06-27 |
| | ) | |
| **KEITH COLEMAN** | ) | |

## ORDER OF COURT

**AND NOW**, this 8th day of April 2009, upon consideration of the foregoing Motion for Leave to File a Document Under Seal, **IT IS HEREBY ORDERED** that the motion is GRANTED.

BY THE COURT,

_____
J.