IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. CRIM 06-27 |
| ) | |
| KEITH COLEMAN ) | |

## ORDER OF COURT

AND NOW, this _8TH_ day of April 2009 upon consideration of the foregoing **NUNC PRO TUNC MOTION FOR THE FILING OF DEFENDANT'S OBJECTIONS TO THE PRE-SENTENCE REPORT** it is hereby **ORDERED, ADJUDGED** and **DECREED** that the defense Objections To The Pre-Sentence Report are permitted to be filed on April 8, 2009.

BY THE COURT,

_____
J.