

Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Keith Coleman                                    Docket No. 06-00027-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Keith Coleman, who was placed on supervision by the Honorable Gary L. Lancaster, sitting in the Court at Pittsburgh, Pennsylvania, on the 30th day of April 2009, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall not unlawfully possess a controlled substance.
- Shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.
- Shall participate in the collection of DNA as directed by the probation officer.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer.
- Shall pay a special assessment of $100.

04-30-09:   Possession of a Firearm by a Convicted Felon; 42 months' imprisonment, followed by 3 years' supervised release.

05-18-09:   Released to supervision; Currently supervised by U.S. Probation Officer Marcus J. White.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant has violated the following conditions of supervised release:

**The defendant shall not commit another Federal, state, or local crime.**

**The defendant Shall not possess a firearm, ammunition, destructive device or any other dangerous weapon.**

On October 1, 2009, the defendant was arrested by the City of Pittsburgh, Pennsylvania, Police and was charged with the following offenses: Carrying a Firearm Without a License, Convicted Felon not to Possess a Firearm, and Prohibitive Weapon offenses. These charges are pending in the Pittsburgh Municipal Court at Docket No. CR-0010709-09. The defendant is currently incarcerated in the Allegheny County Jail at DOC No. 94328.

**The defendant shall pay a $100 special assessment.**

The defendant has failed to make a payment to the Clerk of Courts toward his special assessment, leaving a remaining balance of $100.

U.S.A. vs. Keith Coleman
Docket No. 06-00027-001
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at the Allegheny County Jail.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 7th day of Oct, 20 09 and ordered filed and made a part of the records in the above case. | Executed on October 1, 2009 |
| _[signed]_ Chief U.S. District Judge | _[signed]_ Marcus J. White U.S. Probation Officer |
| | _[signed]_ Michael DiBiasi Supervising U.S. Probation Officer |
| | Place: Pittsburgh, Pennsylvania |