IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. CR 06-27 |
| vs. | : |
| | : Electronically Filed |
| KEITH COLEMAN | : |

## ORDER OF COURT

AND NOW, this 18th day of January 2011, upon consideration of the Motion of Attorney James F. Donohue requesting permission to file a request for payment of attorney's fees out of time, it is hereby **ORDERED, ADJUDGED** and **DECREED** that said request is granted. Accordingly, Attorney James F. Donohue is permitted to file a CJA-20 and supporting documentation for payment in the above captioned case. The above-referenced documents shall be submitted to the Clerk of Courts Finance Office by January 28, 2011.

BY THE COURT,

_____ J.